# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**GARETH EVAN LOMAX**

Plaintiff(s)

v.

Civil Action No. **1:25−CV−12805−LTS**

**MAURA HEALEY, ET AL.**

Defendant(s)

## PROCEDURAL ORDER

Plaintiff has filed a self−prepared complaint, but has not paid the $350.00 filing fee and the $55.00 administrative fee, *see* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non−habeas civil actions), or filed a motion for leave to proceed without prepayment of the filing fee, *see* 28 U.S.C. § 1915 (proceedings *in forma pauperis*).

Accordingly, plaintiff must either (1) pay the $405.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee. Failure of plaintiff to comply with this directive within 21 days of the date date of this Procedural Order may result in the dismissal of this action.

If the plaintiff elects to seek *in forma pauperis* status, plaintiff must submit an affidavit that includes a statement of all plaintiff's assets. *See* 28 U.S.C. § 1915(a)(1). For the convenience of litigants, this Court provides a form application to seek leave to proceed *in forma pauperis*. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs.

SO ORDERED.

**/s/ − Leo T. Sorokin**

Dated: December 3, 2025                UNITED STATES DISTRICT JUDGE