UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARETH EVAN LOMAX,<br><br>    Plaintiff,<br><br>v.<br><br>MAURA HEALEY, et al.,<br><br>    Defendants. | Civil Action No.<br>25-12805-LTS |

ORDER

February 24, 2026

SOROKIN, D.J.

On December 3, 2025, the Court ordered pro se plaintiff Gareth Lomax to pay the $405 filing fee or file a motion for leave to proceed in forma pauperis. ECF No. 3. The Court stated that failure to comply with the order within 21 days could result in dismissal of this action without prejudice.

The Clerk has informed the Court that, on January 20, 2026, $820.00 was received from Lomax. The Clerk returned the full amount to Lomax because the Clerk cannot accept payments if they are not for the proper amount. Lomax has not since paid the $405 filing fee or filed a motion for leave to proceed in forma pauperis.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

SO ORDERED

                                              /s/ Leo T. Sorokin
                                              UNITED STATES DISTRICT JUDGE