UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARETH EVAN LOMAX, <br><br> Plaintiff, <br><br> v. <br><br> MAURA HEALEY, et al., <br><br> Defendants. | Civil Action No. <br> 25-12805-LTS |

FINAL ORDER OF DISMISSAL

In accordance with the Order dated February 24, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:  2/24/2026

By the Court,

/s/ Samantha Dore
Deputy Clerk